UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Criminal No. 1:12-CR-10119-NMG |
| ) | |
| ORLANDO VALLE ) | |
| ) | |

## MOTION TO SUPPRESS EVIDENCE

The defendant, Orlando Valle, in the above-entitled matter moves this Court to suppress as evidence at trial the following:

(1)   Any and all evidence, including but not limited to: (search of residence)

>MPS bb gun
>Three glassine bags
>Eclipse scale
>AWS scale
>Samsung digital camera
>American Arms .22 cal. pistol SS#053440
>One magazine for pistol with 7 rounds ammunition
>Birth Certificate
>EBT Card
>Samsung Metro PCS phone
>Acura keys
>I-Phone
>Smith & Wesson .45 cal. magazine
>Auto repair receipt
>Telephone book
>Black ski mask
>Plastic grip for firearm
>Immortal Outlaws Constitution
>50 rounds R&M bullets
>26 rounds bullets
>Wallet
>Black bag
>Uniden police scanner
>Mail

*Motion denied without hearing; see Payton v. New York, 445 U.S. 573, 608 (1980), United States v. Weems, 322 F.3d 18, 22 (1st Cir. 2003).*

*/s/ NMGorton, USDJ  1/16/13*